UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALIH MOHAMMAD TOTAKHIL,<br><br>Plaintiff,<br><br>v.<br><br>REX TILLERSON, *et al.,*<br><br>Defendants. | CASE NO. 2:17-cv-0373-RSM<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION |

**JOINT STIPULATION**

The parties stipulate and agree that defendants may have a three-week extension to answer or otherwise respond to the Complaint. Defendants will respond by June 2, 2017. Good cause exists for the extension because the parties are seeking to resolve this matter cooperatively without the need for further filings or the Court's intervention, thereby saving the parties' and the Court's resources.

Stipulation and Order
2:17-cv-00373-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | Dated this 5th day of May, 2017. | Dated this 5th day of May, 2017. |
| 2 | Law Offices of Bart Klein | ANNETTE L. HAYES |
| 3 | | United States Attorney |
| 4 | _s/ Bart Klein_ | _s/ Sarah K. Morehead_ |
| 5 | BART KLEIN, WSBA No. 10909 | SARAH K. MOREHEAD, WSBA No. 29680 |
| | Law Offices of Bart Klein | Assistant United States Attorney |
| 6 | 605 First Avenue South, Suite 500 | United States Attorney's Office |
| 7 | Seattle, Washington 98104 | 700 Stewart Street, Suite 5220 |
| | Phone: 206-624-3787 | Seattle, Washington 98101-1271 |
| 8 | Email: bart.klein@bartklein.com | Phone: 206-553-7970 |
| | | Email: sarah.morehead@usdoj.gov |
| 9 | Attorney for Plaintiff | |
| 10 | | Attorney for Defendants |

## ORDER

The parties having so stipulated, IT IS ORDERED that defendants' deadline to answer or otherwise respond to the Complaint is extended to June 2, 2017.

Dated this 8th day of May 2017.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Stipulation and Order
2:17-cv-00373-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970